**WEST VIRGINIA CWP FUND, as insurance carrier for Slab Fork Coal Company, Petitioner,**

v.

**Wilbur M. REED; Director, Office of Workers' Compensation Programs, United States Department of Labor, Respondents.**

No. 12–2204.

United States Court of Appeals, Fourth Circuit.

Submitted: May 30, 2014.

Decided: June 4, 2014.

Ashley M. Harman, Jeffrey R. Soukup, Jackson Kelly PLLC, Morgantown, West Virginia, for Petitioner. John Cline, Piney View, West Virginia; M. Patricia Smith, Solicitor of Labor, Rae Ellen James, Associate Solicitor, Sean Bajkowski, Counsel of Appellate Litigation, Jonathan Rolfe, United States Department of Labor, Washington, D.C., for Respondents.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

West Virginia CWP Fund petitions for review of the Benefits Review Board's decision and order affirming the administrative law judge's award of black lung benefits pursuant to 30 U.S.C. §§ 901–945 (2012). Our review of the parties' briefs and the record on appeal discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we deny the petition for review for the reasons stated by the Board. *W. Va. CWP Fund v. Reed,* No. 11–0707–BLA (B.R.B. Aug. 30, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED.*